# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ALEIDA GARCIA-ARCE,

　　Plaintiff,

v.

MAYAGUEZ MEDICAL CENTER DR. RAMON EMETERIO BETANCES, INC.,

　　Defendant.

**Civil No. 13-1231 (SEC)**

## JUDGMENT

In accordance with the Joint Notice of Voluntary Dismissal (Docket # 16), this case is **DISMISSED with prejudice**. As agreed and requested by the parties, the Court retains jurisdiction over the case to enforce the terms of their settlement agreement.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of December, 2013.

　　　　　　　　　　　　　　　　*S/ Salvador E. Casellas*
　　　　　　　　　　　　　　　　SALVADOR E. CASELLAS
　　　　　　　　　　　　　　　　U.S. Senior District Judge